IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOELLE ANDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPRINT NEXTEL CORPORATION, ET AL. | : | NO. 15-3672 |

## ORDER

**AND NOW**, this 31st day of August, 2015, upon consideration of "Defendants' Motion to Partially Dismiss and Strike Plaintiff's Complaint" (Docket No. 5) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to Plaintiff's claims that she was discriminated against on the basis of her religion and non-job related disability.

2. The Motion is **GRANTED** as to Defendants' request that we strike the following from the Complaint: the reference to "religious discrimination" in paragraph 1; the reference to "religion - Islam, and her non-job related handicap or disability" in paragraph 3; paragraphs 32-35, 68, and 70-72; and the reference to "religious creed and/or non-job related handicap or disability including a failure to accommodate her disability" in paragraph 76.

3. The Motion is **DENIED** in all other respects.

BY THE COURT:

\_\_\_\_S./ JOHNR. PADOVA\_\_\_\_
John R. Padova, J.